GEORGE G. WALKER
Attorney at Law - SBN 25345
400 Montgomery St. - Suite 200
San Francisco, California 94104
Telephone: (415) 421-7980

Attorney for Defendant BARBARA Y. BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06- 428 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| DARYL SUMMERFIELD ET AL, | ) | Date: 8-12-08 |
| Defendants, | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. John A. Mendez |

It is hereby stipulated between the parties, Ann Pings, Assistant United States Attorney and George Walker, attorney for defendant Barbara Y. Brown, that the status conference date of July 8, 2008 should be continued to August 12, 2008. The continuance is necessary as all defense counsel are still investigating the case, meeting with their respective clients, and all counsel are continuing to engage in negotiations with the government.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of August 12, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: July 7 2008                                         Respectfully submitted,


                                                           /s/ George G. Walker
                                                           GEORGE G. WALKER
                                                           Attorney for Barbara Y. Brown

1

1
2  Dated: July 7, 2008                                          McGREGOR SCOTT
                                                                United States Attorney
3
4                                                               /s/ Anne Pings
   _____                      Assistant U.S. Attorney
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                            2

GEORGE G. WALKER
Attorney at Law - SBN 25345
400 Montgomery St. - Suite 200
San Francisco, California 94104
Telephone: (415) 421-7980

Attorney for Defendant BARBARA Y. BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )           No. CR-S-06- 428 JAM
                                    )
              Plaintiff,            )           [PROPOSED]
                                    )           ORDER CONTINUING STATUS
       v.                           )           CONFERENCE
                                    )
DARYL SUMMERFIELD ET AL,            )           Date: 8-12-08
              Defendants,           )           Time: 8:30 a.m.
                                    )           Judge: Hon. John A. Mendez

UPON GOOD CAUSE SHOWN and the stipulation of all the parties, it is ordered that the status conference presently set for July 8, 2008, at 9:00 a.m. be continued to August 12, 2008, at 8:30 a.m. Based on the representations of counsel and good cause appearing therefrom, The Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation , taking into account due diligence.  The continuance outweighs the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to August 12, 2008 shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow counsel adequate time to prepare.

Dated: July 9 , 2008                            /s/ John A. Mendez
                                                HON. JOHN A. MENDEZ
                                                United States District Court Judge

3