1   GEORGE G. WALKER
    Attorney at Law - SBN 25345
2   400 Montgomery St. - Suite 200
    San Francisco, California 94104
3   Telephone: (415) 421-7980

4   Attorney for Defendant BARBARA Y. BROWN

5

6             IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,      )      No. CR-S-06- 428 JAM
                                )
10                 Plaintiff,   )   STIPULATION AND
                                )   ORDER TO CONTINUE STATUS
11         v.                   )   CONFERENCE
                                )
12   DARYL SUMMERFIELD ET AL,     )   Date: 8-12-08
                Defendants,  )   Time: 8:30 a.m.
13   _____)   Judge: Hon. John A. Mendez

14

15       It is hereby stipulated between the parties, Ann Pings, Assistant United States Attorney and

16   George Walker, attorney for defendant Barbara Y. Brown, that the status conference date of July 8, 2008

17   should be continued to August 12, 2008.  The continuance is necessary as all defense counsel are still

18   investigating the case, meeting with their respective clients, and all counsel are continuing to engage in

19   negotiations with the government.

20       IT IS STIPULATED that the period of time from the signing of this Order up to and including

21   the new status conference date of August 12, 2008, be excluded in computing the time within which trial

22   must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code

23   T4, for ongoing preparation of counsel.

24   Dated: July 7 2008                   Respectfully submitted,

25

26                                    /s/ George G. Walker
                                   GEORGE G. WALKER
27                                    Attorney for Barbara Y. Brown

28                           1

1

2   Dated: July 7, 2008                                  McGREGOR SCOTT
                                                         United States Attorney
3

4                                                        /s/ Anne Pings
                                                         Assistant U.S. Attorney
5   _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2

1  GEORGE G. WALKER
   Attorney at Law - SBN 25345
2  400 Montgomery St. - Suite 200
   San Francisco, California 94104
3  Telephone: (415) 421-7980

4  Attorney for Defendant BARBARA Y. BROWN

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )        No. CR-S-06- 428 JAM
                                    )
10                     Plaintiff,   )        [PROPOSED]
                                    )        ORDER CONTINUING STATUS
11            v.                     )        CONFERENCE
                                    )
12 DARYL SUMMERFIELD ET AL,         )        Date: 8-12-08
                       Defendants,  )        Time: 8:30 a.m.
13 _____)        Judge: Hon. John A. Mendez

14

15         UPON GOOD CAUSE SHOWN and the stipulation of all the parties, it is ordered that the status

16  conference presently set for July 8, 2008, at 9:00 a.m. be continued to August 12, 2008, at 8:30 a.m.

17  Based on the representations of counsel and good cause appearing therefrom, The Court hereby finds

18  that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary

19  for effective preparation , taking into account due diligence.  The continuance outweighs the best

20  interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to

21  August 12, 2008 shall be excluded from computation of the time within which the trial of this matter

22  must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local

23  Code T4, to allow counsel adequate time to prepare.

24

25  Dated: July 9 , 2008                          /s/ John A. Mendez
                                                  HON. JOHN A. MENDEZ
26                                                United States District Court Judge

27

28                                    3