George G. Walker, Esq. (SBN 25345)
400 Montgomery St., Ste 200
San Francisco, CA 94104
Tel.  (415) 421-6911
Fax  (415) 421-7021
E-Mail: ggwalker26@earthlink.net

Attorney for Defendant
Barbara Y. Brown

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DARYL SUMMERFIELD et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 06-CR 428 KJM <br><br> STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE OF DEFENDANT BARBARA Y. BROWN |

    The parties agree that good cause exists to remove Ms. BROWN from the terms and conditions of Pretrial Supervision because she has no violations of the conditions for more than five years and the concerns of flight risk and danger have been rebutted in her particular case.

///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER
TERMINATING PRETRIAL SUPERVISION
OF DEF. BARBARA Y. BROWN
(No. 06-CR 428 DFL)

1


Therefore, based upon the agreement of the parties and the request of the Pretrial Services Officer, IT IS HEREBY ORDERED that the conditions of release of defendant BARBARA Y. BROWN are modified as follows: Defendant Barbara Y. Brown shall be removed from Pretrial Supervision

SO STIPULATED:

DATED:  April 14, 2011                         /s/
                                               Jason Hitt
                                               Assistant United States Attorney

SO STIPULATED:

DATED:  April 14, 2011                         /s/
                                               George G. Walker
                                               Attorney for Defendant
                                               Barbara Y. Brown

**IT IS SO ORDERED.**

DATED:  April 18, 2011

                                               _____
                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
TERMINATING PRETRIAL SUPERVISION
OF DEF. BARBARA Y. BROWN
(No. 06-CR 428 DFL)                    2